UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALVIN D. SEABERRY,  )
        Plaintiff,  )
                                        )    **JUDGMENT IN A CIVIL CASE**
   v.  )
                                        )    **CASE NO. 5:15-CV-240-D**
CAROLYN W. COLVIN, Acting Commissioner  )
of Social Security,  )
        Defendant.  )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings [D.E. 18] is DENIED, defendant's motion for judgment on the pleadings [D.E. 20] is GRANTED, defendant's final decision is . AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on July 13, 2016, and Copies To:**

Bethany Morris Hukill                         (via CM/ECF Notice of Electronic Filing)

Lisa M. Rayo                                      (via CM/ECF Notice of Electronic Filing)

DATE:                             JULIE RICHARDS JOHNSTON, CLERK
July 13, 2016                (By) /s/ Nicole Briggeman
                                        Deputy Clerk